IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

NIDA S. DENT,

    Plaintiff,

v.                                          No. 03-2400-DV

UNUM PROVIDENT LIFE
INSURANCE COMPANY OF
AMERICA a/d/b/a UNUM
PROVIDENT,

    Defendant.



## PLAINTIFF'S MOTION TO REOPEN CASE

Comes now counsel for Plaintiff, and herby moves this Honorable Court to reopen this case. In support of this motion, counsel would show that the parties agreed to administratively close the case to permit them to resolve the question of disability on an administrative level. The parties have been unable to come to an amicable resolution. Therefore, it is necessary to reopen this case and file motion and cross-motions for summary judgment.

PREMISES CONSIDERED, the counsel for Plaintiff requests that this case be reopened and deadlines for filing motions and cross-motions for summary judgment be set.

**MOTION GRANTED**

DATE: 12-06-2005

*/s/ Bernice Bouie Donald*

**BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Respectfully submitted,

_____
John E. Dunlap #13223
Attorney for Plaintiff
1433 Poplar Avenue
Memphis, TN 38111
(901) 276-3334

## CERTIFICATE OF SERVICE

I do hereby certify that of copy of the foregoing Motion to Reopen has been mailed to:

J. Russell Headrick and Jay Atkins
Husch & Eppenberger, LLC
One Memphis Place
200 Jefferson Avenue, Suite 1450
Memphis, TN 38103

Via U.S. Mail, postage pre-paid this 18th day of November, 2005

_____
John E. Dunlap #13223

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02400 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John E. Dunlap
LAW OFFICE OF JOHN E. DUNLAP
1433 Poplar Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT